UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEILEI ZHANG )<br>        Plaintiff, )<br>        )<br>v.        )<br>        )<br>        )<br>TASHA S. O'NEAL, Assistant Clerk, Wake )<br>County Superior Court Clerk's Office of    )<br>North Carolina; KELLIE Z. MYERS, Wake )<br>County Trial Court Administrator of North )<br>Carolina; and BLAIR WILLIAMS, Clerk,   )<br>Wake County Superior Court Clerk's Office )<br>of North Carolina        )<br>        )<br>        Defendants.   ) | **JUDGMENT**<br><br>No. 5:24-CV-501-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on February 25, 2025, and Copies To:**
LeiLei Zhang (via CM/ECF Notice of Electronic Filing)
Christopher Agosto Carreiro / Elizabeth Curran O'Brien (via CM/ECF Notice of Electronic Filing)


February 25, 2025        PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K.Collins
                                      (By) Sandra K. Collins, Deputy Clerk